IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | |
|---|---|
| BETSY GREGSON | § |
| | § |
| VS. | § CASE NO. 9:13-CV-00306 |
| | § JUDGE: RON CLARK |
| CITY OF HUNTINGTON, TEXAS, | § |
| ANDY SPIVEY AND INA CARDWELL | § |

**JOINT STIPULATION FOR DISMISSAL**

COME NOW Betsy Gregson, plaintiff herein, City of Huntington, Andy Spivey and Ina Cardwell, said individuals in their official and individual capacities, defendants herein, all parties appearing by and through their respective attorneys of record, and enter this Stipulation of Dismissal with prejudice in the above entitled and numbered cause. The respective parties would show this Honorable Court that all claims and causes of action asserted in this cause or which could have been asserted in said cause by plaintiff as to any and/or all defendants, in whatever capacity, have been compromised, released, quitclaimed and discharged. Pursuant to Rule 41(a)(1), Federal Rules of Civil Procedure, plaintiff and defendants hereby give notice of dismissal with prejudice without necessity of court order, with each party paying its own costs of court.

Respectfully submitted,

MORGAN LAW FIRM
2175 North Street, Suite 101
Beaumont, Texas 77701
(409) 239-5984
Fax: (409) 835-2757

By: _____
John S. Morgan
State Bar No. 14449495
jmorgan@jsmorganlaw.com
Attorney for Plaintiff

ALDERMAN & CAIN PLLC
122 East Lufkin Avenue
Lufkin, Texas 75901-2805
(936) 632-2259
Fax: (936) 632-3316

By _____  by permission
    Robert Alderman, Jr.  -JSR
    State Bar No. 00979900
    balderman@aldermancainlaw.com
    Erika L. Neill
    State Bar No. 24070037
    eneill@aldermancainlaw.com
    Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | |
|---|---|
| BETSY GREGSON | § |
| | § |
| VS. | § CASE NO. 9:13-CV-00306 |
| | § JUDGE: RON CLARK |
| CITY OF HUNTINGTON, TEXAS, | § |
| ANDY SPIVEY AND INA CARDWELL | § |

**ORDER OF DISMISSAL**

Pursuant to the Joint Stipulation for Dismissal filed by the parties of this case and Rule 41, Federal Rules of Civil Procedure, the Court is of the opinion and finds that a dismissal with prejudice is appropriate;

IT IS, THEREFORE, ORDERED that this case is in all things DISMISSED with prejudice with each party paying its own costs of court.